Tennessee Judicial commitee of The supreme court of Tennessee at Knoxville

DeMarcus Dillard
vs                              to:         Docket: 1905330
Hamilton County         Disciplinary counsel    1905329
General Sessions court

3:23-mc-69  Varlan/McCook

## Writ of error Coram Nobis

I've written a series of motions including Rule 35(d), Rule 37(c)(2), Rule 37(e)(B), Rule 36, and Rule 36.1 all mailed 9/12/2023 in attempt to suspend sentence or reconsider Judgement that I have not recieved any response for after recently being denied for Pro se Motion Rule 35(b) INEFFective assistance of Counsel Denying Docket No. 1866770, 1856272 & 1831056 with these not being any of my cases. I argue that Im serving 2 sentences for one charge wich I expressed my deep concern for correction

Pro se DeMarcus Dillard

DeMarcus Dillard, SPN #578307
Hamilton County Jail
P.O. Box 23148
Chattanooga, TN, 37422

INMATE MAIL
HCSO - Silverdale Detention Center
This letter has been mailed by an inmate.
The Hamilton County Sheriff's Office is not responsible for contents

Disciplinary Counsel
Judicial Committee
800 Market Street
Suite 145
Knoxville, Tn 37902

37902-232645



FOREVER / USA